Donna GAZELLE;  Harry Gazelle,
Plaintiffs–Appellants,

v.

Leo DEROBERTIS, Jr.;  Dick Simon
Trucking, Incorporated, Defendants–
Appellees,

and

John M. McNeil, Jr.;  Simon Transportation Services, Incorporated, Defendants.

No. 01–1028.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2001.

Decided July 19, 2001.

Thomas R. Wolf, Reminger & Reminger Co., L.P.A., Cleveland, OH, for appellants. David L. Yaussy, Brian R. Swiger, Robinson & McElwee, P.L.L.C., Charleston, WV, for appellees.

Before WIDENER, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Donna and Harry Gazelle appeal the district court judgment enforcing a settlement agreement.  We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  *See Gazelle v. DeRobertis,* No. CA–98–336–1 (S.D.W.Va. Nov. 11, 2000).  We dispense with oral argument because the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*